ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-426 (ADM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $19,430.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

Based on the Stipulation for Settlement of Claim filed in this action; on all the files and records in this action; and on Court's finding as follows that:

1. a verified Amended Complaint for Forfeiture with supporting affidavit was filed on May 3, 2002, alleging that the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on March 13, 2002, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint, and Warrant of Arrest and Notice *In Rem*; and to give due notice to all known and unknown interested parties and entities to serve on the United States Attorney and file with the Clerk of Court, a verified statement of interest in or right against the defendant currency within 30 days

FILED 2-4-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2-4-03
DEPUTY CLERK

from the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint, Warrant of Arrest and Notice *In Rem* on Claimant Justine Grosbush, through her attorney, Kermit Nash, on March 11, 2002;

4. a notice of the seizure and arrest of the defendant currency was published in the *Finance and Commerce*, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on March 5, 2002, March 12, 2002, and March 19, 2002, giving notice to all unknown interested persons and entities of the verified statement and answer requirements;

5. Claimant Justine Grosbush filed a verified statement of interest in the defendant currency and answer to the Complaint for Forfeiture with the Clerk of Court on March 29, 2002;

6. no other verified statements of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed with the Clerk of Court or served on the United States Attorney in response to the published notice of forfeiture, and the time for filing a verified statement and answer has expired based on the published notice of forfeiture; and

7. the plaintiff and Claimant Justine Grosbusch have stipulated to the settlement of any and all claims she may have to

the defendant currency as set forth in the Stipulation for Settlement of Claim. Claimant Justine Grosbusch agreed to relinquish and withdraw any and all claims to $14,430.00 of the defendant currency, and consented to the forfeiture of $14,430.00 to the United States pursuant to 21 U.S.C. § 881(a)(6). The United States agreed to return $5,000.00 of the defendant currency to the Claimant.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities having an interest in the defendant currency; and

2. all the right, title and interest in the defaulted persons and entities in the defendant currency is forfeited to the plaintiff, and no right, title or interest in the defendant currency shall exist in any other person or entity; and

3. pursuant to the Stipulation For Settlement Of Claim between Claimant Justine Grosbusch and the United States, $14,430.00 of the defendant currency is forfeited to the United States to be disposed of by the plaintiff in accordance with the law; and the remaining $5,000.00 of the defendant currency shall be returned to Claimant Justine Grosbusch.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 4, 2003

ANN D. MONTGOMERY, Judge
United States District Court